UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCISCO JAIR AGUILAR MENDEZ,<br><br>Plaintiff,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, *et al.*,<br><br>Defendants. | CASE NO. C18-0098-JCC<br><br>ORDER |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and ORDERS:

1. The Report and Recommendation is ADOPTED.
2. The parties' joint stipulation (Dkt. No. 4) is GRANTED.
3. This action is DISMISSED with prejudice and without an award of costs or fees to either party.
4. The Court shall retain jurisdiction over this matter to enforce the terms of the parties' agreement, if necessary.
5. The Clerk shall send a copy of this order to the parties and to Judge Tsuchida.

//

//

//

1       DATED this 11th day of April 2018.

*[Signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE